UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ST. ANN'S SCHOOL,

                      Plaintiff,                      ECF CASE

                      v.

                                                 Civil Action No. 07 CIV 5695

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,    AFFIDAVIT OF SERVICE
SERVICE EMPLOYEES INTERNATIONAL
UNION,
                    Defendant.
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

        I, the undersigned, being sworn, depose and say:

        I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York 11229.

        On June 14, 2007, I served the within Notice of Removal of a Civil Action, Rule 7.1 Statement, Civil Cover Sheet, Judges' Rules by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

        Epstein, Becker & Green, P.C.
        250 Park Ave.
        NY, NY 10177-1211

                                                              _____

Sworn to before me this
14 day of June, 2007.

_____
Notary Public

                                    JUDY I. PADOW
                         NOTARY PUBLIC, State of New York
                              No. 02PA5025960
                          Qualified in New York County
                        Commission Expires April 4, 2010