**EPSTEIN BECKER & GREEN, P.C.**
By: James S. Frank (JF-5389)
     J. William Cook (JC-6460)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
*Attorneys for Plaintiff*



**ECF Case**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ST. ANN'S SCHOOL,

            Plaintiff,

- against -

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,
SERVICE EMPLOYEES INTERNATIONAL UNION,

           Defendants.

------------------------------------- x

**ECF CASE**

**STIPULATION OF VOLUNTARY DISMISSAL**

07 CIV 5695 (JSR) (MHD)

    IT IS HEREBY STIPULATED AND AGREED, by counsel for all parties, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to a Settlement Agreement between plaintiff St. Ann's School ("plaintiff"), on the one hand, and defendants Michael Fishman, President, Local 32BJ, Service Employees International Union ("defendants"), and grievant Anthony Rodriguez, on the other, the above entitled action be dismissed in its entirety and without costs or attorneys' fees to any party.

    IT IS FURTHER STIPULATED AND AGREED that the Award rendered on May 1, 2007 by Contract Arbitrator Marilyn N. Levine, of the Office of the Contract Arbitrator, following an April 11, 2007 arbitration proceeding, is of no effect.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-07

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature hereon shall be deemed an original.

Dated: New York, New York
July 24, 2007

<table>
<tr><td>

**EPSTEIN BECKER & GREEN, P.C.**

By: _____
James S. Frank (JF-5389)

250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Plaintiff*

</td><td>

**OFFICE OF THE GENERAL COUNSEL
SERVICE EMPLOYEES
  INTERNATIONAL UNION, LOCAL 32BJ**

By: _____
Elizabeth A. Baker (EB-9273)

101 Avenue of the Americas, 19th Floor
New York, New York 10013
(212) 388-2060
*Attorneys for Defendants*

</td></tr>
</table>

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

7-25-07

2